**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN HART** *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 23-1890** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, *et al.*** | : | |
| *Defendants* | : | |

## REVISED SCHEDULING ORDER

**AND NOW**, this 15th day of October 2026, upon consideration of Plaintiff's *fourth motion for extension of time to complete discovery deadlines*, (ECF 35), and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and the deadlines are revised as follows:

1. The parties may request a referral to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, to schedule a settlement conference. Counsel, the parties and/or persons with full settlement authority must appear at the conference unless excused in advance by Magistrate Judge Sitarski.
2. All fact discovery shall be completed by November 16, 2026.
3. Plaintiff's expert reports are due by December 21, 2026.
4. Defendant's expert reports shall be due by January 18, 2027.
5. Any *Daubert* or dispositive motions shall be filed by March 1 2027, and any response to the dispositive motions shall be filed within twenty-one (21) days of the filing of the motion.
6. A final pretrial conference will be scheduled, if necessary, following the Court's resolution of any dispositive motions.

Failure to comply with this Order may result in sanctions. ***No further extensions will be granted absent good cause.***

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*